UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| BLAKE O'BRYAN SWANN, | ) |  |
|---|---|---|
| Petitioner, | ) |  |
| v. | ) | No. 2:22-CV-00080-JRG-CRW |
| KEITH SEXTON, | ) |  |
| Respondent. | ) |  |

## JUDGMENT ORDER

In accordance with the Memorandum Opinion entered today, Respondent's motion to dismiss the instant petition for writ of habeas corpus [Doc. 10] is **GRANTED**, and this action is **DISMISSED WITHOUT PREJUDICE**. A certificate of appealability from this decision is **DENIED**. Further, the Court **CERTIFIED** in its Memorandum Opinion that any appeal from this action would not be taken in good faith and would be totally frivolous, and therefore, Petitioner is **DENIED** leave to proceed *in forma pauperis* on any subsequent appeal. *See* Fed. R. App. P. 24. The Clerk of Court is **DIRECTED** to close this case.

So ordered.

ENTER:

                                                                        s/J. RONNIE GREER
                                                              UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:

    s/ *LeAnna R. Wilson*
    District Court Clerk